UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JASON J. ALLEN,<br><br>Plaintiff,<br>v.<br><br>EBONY ROSCOE, *et al.*,<br><br>Defendants.<br>_______________________/ | Case No. 25-12143<br><br>F. Kay Behm<br>United States District Judge<br><br>Patricia T. Morris<br>United States Magistrate Judge |

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JULY 7, 2026 REPORT AND RECOMMENDATION (ECF No. 32)**

Currently before the court is Magistrate Judge Patricia T. Morris's July 7, 2026 Report and Recommendation. (ECF No. 32). Magistrate Judge Morris recommends dismissing the complaint without prejudice for failure to prosecute and denying Defendant's motion for order to allow Plaintiff's deposition and amend scheduling order as moot. *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. No timely objections have been filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with

the Magistrate Judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 32), **DENIES** Defendant's motion for order to allow Plaintiff's deposition and amend scheduling order as moot (ECF No. 29), and **DISMISSES** the complaint without prejudice.

**SO ORDERED**.

Date: August 26, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge