UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON J. ALLEN,

Plaintiff,

v.

EBONY ROSCOE, *et al.*,

Defendants.
______________________________/

Case No. 25-12143

F. Kay Behm
United States District Judge

Patricia T. Morris
United States Magistrate Judge

**JUDGMENT**

In accordance with the Opinion and Order issued on August 26, 2026, the case is **DISMISSED** without prejudice.

**SO ORDERED**.

Date: August 26, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge